IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLAYTEX PRODUCTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| FRUIT OF THE EARTH, INC., | ) |
| | ) |
| Defendant. | ) |

## RULE 7.1 STATEMENT OF PLAINTIFF PLAYTEX PRODUCTS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Playtex Products, Inc. ("Playtex") states that Energizer Holdings, Inc. is the parent corporation of Playtex. There is no other parent corporation or publicly held corporation that owns 10% or more of Playtex's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mnoreika@mnat.com

*Attorneys for Plaintiff Playtex Products, Inc.*

April 16, 2008